

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VALERIE D. HOLLOWAY | CIVIL ACTION |
| VERSUS | NUMBER: 05-1637 |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY<br>ADMINISTRATION | SECTION: "F"(5) |

**O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's case is remanded to the Commissioner for further development of the record consisting with the Court's opinion.

New Orleans, Louisiana, this 23rd day of AUGUST, 2006.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

UNITED STATES DISTRICT JUDGE